MERRELL v. MERRELL. (No. 7268.)

(Supreme Court, Appellate Division, First Department. April 30, 1915.)

DIVORCE ⊂⊃203—ALIMONY—INSUFFICIENT COMPLAINT.

An order for the payment of alimony and counsel fees will be reversed, where there is no fact alleged which shows the husband to have been guilty of the offense charged, or that the plaintiff can succeed at the trial.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 594–596, 598; Dec. Dig. ⊂⊃203.]

Appeal from Special Term, New York County.

Action by Isabelle R. Merrell against James E. Merrell. From an order allowing alimony and counsel fees, defendant appeals. Reversed, and motion denied.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Henry C. Neuwirth, of New York City, for appellant.

Mayer L. Halff, of New York City, for respondent.

PER CURIAM. There is no fact alleged which in the slightest degree tends to show that the defendant has been guilty of the offense charged, or that the plaintiff can succeed on the trial.

The order appealed from is therefore reversed, and the motion denied.